IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01099-RBJ

GARY DALESSANDRO,

    Plaintiff,

v.

SERVICE KING PAINT & BODY, LLC,

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to D.C.COLO.L.Civ.R. 41(a)(1), Plaintiff Gary Dalessandro and Defendant Service King Paint & Body, LLC stipulate to the dismissal with prejudice of the above-captioned action and all claims asserted therein, with each party to bear her or its own attorneys' fees and costs.

Dated this 30 June 2022.

| | |
|---|---|
| **MURRAY LAW, LLC** | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
| *s/ Steven L. Murray* | *s/ Abigail S. Wallach* |
| Steven L. Murray | Abigail S. Wallach |
| 3900 E. Mexico Ave. Suite 300 | 2000 S. Colorado Blvd |
| Denver, CO 80203 | Tower 3, Suite 900 |
| Telephone:  303.396.9952 | Denver, Colorado 80222 |
| steven@smurraylaw.com | Telephone: 303-764-6800 |
| | abbey.wallach@ogletree.com |
| **MITCHINER LAW, LLC** | |
| | Attorney for Defendant |
| *s/ Thomas H. Mitchiner* | |
| Thomas H. Mitchiner | |
| 1240 S. Parker Rd. Suite 103 | |
| Denver, CO 80231 | |
| Telephone:  720.538.0371 | |
| tmitchiner@mitchinerlawllc.com | |

Attorneys for Plaintiff

2

# CERTIFICATE OF SERVICE

I hereby certify that on this 30 June 2022, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Abigail Wallach
abbey.wallach@ogletree.com


ATTORNEY FOR DEFENDANT

s/ *Thomas H. Mitchiner*
Thomas H. Mitchiner
